Certificate Number: 15317-PAE-DE-037720421

Bankruptcy Case Number: 23-12474



15317-PAE-DE-037720421

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2023, at 4:56 o'clock PM PDT, Omar T Estrada completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 29, 2023

By: /s/Philip Sta. Teresa

Name: Philip Sta. Teresa

Title: Certified Counselor