**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**NOTICE TO DEBTORS, CREDITORS AND PARTIES IN INTEREST**

Gary F. Seitz, the Chapter 7 trustee (the "Trustee") for the case of this debtor (the "Debtor") hereby provides notice that the meeting of creditors in this case will be conducted remotely.

**All 341 meetings of creditors will be conducted remotely by Zoom video/teleconferencing. The meetings will be recorded by the trustee. Any other recordings are prohibited.**

A Zoom email invitation will be sent out to counsel for the debtor on behalf of the Trustee providing a link to connect to the meeting and a call-in number and code if any party wishes to participate by telephone.

Creditors or parties in interest wishing to participate may confirm the date and time set by the Clerk in the original notice or any docketed continuance or check the schedule published at
https://pages.trusteesolutions.com/trusteeseitz/283

Access the meeting from a computer or smartphone with audio visual capability by clicking on the Meeting IDLink:
https://us02web.zoom.us/j/8197892947?pwd=ODM0VGo5aGhMS3E5SFJKOTJUaFk3Zz09
Meeting ID: 819 789 2947
Access the meeting by telephone by dialing the following number on any telephone:
1 646 558 8656 and using Meeting ID: 819 789 2947.
Please email the Trustee before the meeting to let him know to look for you in the waiting room when the meeting is commenced.

If video users are asked to provide a password please use: Trustee
If telephone users are asked to provide a password please use:  6579294

If the debtor chooses to participate by telephone, please see the additional identification requirements at: https://sites.google.com/site/edpatrustee/covid-19-341-procedures?authuser=0

Government issued photo ids and social security cards are required of the debtor.
For more information about the handling of remote 341(a) meetings and what documentation must be provided to the Trustee beforehand, please check the trustee's web page at:
https://sites.google.com/site/edpatrustee/covid-19-341-procedures?authuser=0

All debtors must review the Bankruptcy Information Sheet prior to the meeting. It can be downloaded or viewed at: https://www.justice.gov/ust/bankruptcy-information-sheet-0

For more information about the handling of remote 341 meetings, please check the trustee's web page at: https://sites.google.com/site/edpatrustee/covid-19-341-procedures?authuser=0
 or  https://pages.trusteesolutions.com/trusteeseitz/285

Gary F Seitz, As Chapter 7 Trustee
gseitz@gsbblaw.com
215 238 0011